Certificate Number: 13791-GAN-DE-014631901

Bankruptcy Case Number: 11-58526



13791-GAN-DE-014631901

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2011, at 5:36 o'clock PM EDT, Brent Merriell completed a course on personal financial management given by internet by DebtorWise Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   April 24, 2011              By:   /s/Rebecca Moloboco

                                    Name:  Rebecca Moloboco

                                    Title: Counselor